UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH  MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Mary L. Isaac v. Bayer Corporation, et al.* | No. 12-cv-11173-DRH |
| *Kelly Johnson v. Bayer Corporation, et al.* | No. 09-cv-20115-DRH |
| *Michele Johnson, et al. v. Bayer Corporation, et al.* | No. 10-cv-13490-DRH |
| *Lynae Jones v. Bayer Corporation, et al.* | No. 10-cv-11216-DRH |
| *Dawn M. McCoy v. Bayer Corporation, et al.* | No. 12-cv-11181-DRH |
| *Constance Milton v. Bayer Corporation, et al.* | No. 09-cv-20118-DRH |
| *Cindy Plaisance v. Bayer Corporation, et al.* | No. 09-cv-20108-DRH |
| *Hannah Spencer v. Bayer Corporation, et al.* | No. 12-cv-10907-DRH |
| *Laura Stafford v. Bayer Corporation, et al.* | No. 09-cv-20109-DRH |
| *Megan Zoerb v. Bayer Corporation, et al.* | No. 11-cv-12048-DRH |
| *Amy Rippis v. Bayer Corporation, et al.* | No. 14-cv-10038-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

                                                 JUSTINE FLANAGAN,
                                                 ACTING CLERK OF COURT

                                                 BY: /s/*Caitlin Fischer*
                                                           **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.04.18 11:39:59 -05'00'

APPROVED:
            DISTRICT JUDGE
            U. S. DISTRICT COURT